UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MATINA INOCENCIO**,

   Plaintiff,

v.                                         CASE NO.   3:18-cv-72-J-25JBT

**CAPITAL ONE BANK USA, N.A.**,

   Defendant.

_____

**O R D E R**

Pursuant to the Plaintiff's Notice of Settlement (Dkt. 20), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

**ORDERED** and **ADJUDGED**:

1. That this case is hereby **DISMISSED without prejudice**, subject to the right of any party to move the Court within sixty (60) days hereof to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen this case for further proceedings.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of November, 2018.

                                                        HENRY LEE ADAMS, JR.
                                                        United States District Judge

Copies to:  Counsel of Record