UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

**MATINA INOCENCIO,**
    Plaintiff,
                                                      CASE NO.: 3:18-cv-00072-J-250-BT

vs.

**CAPITAL ONE BANK USA, N.A.,**
    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, MATINA INOCENCIO and Defendant, CAPITAL ONE BANK (USA), N.A., by and through their undersigned counsel, would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted this 12th day of December, 2018.

| | |
|---|---|
| /s/ Max Story | /s/ Megan P. Stephens |
| Max Story, Esquire | Megan P. Stephens, Esquire |
| Florida Bar No.: 527238 | Florida Bar No. 92557 |
| Max Story, P.A. | BURR & FORMAN, LLP |
| 328 2nd Avenue North, Suite 100 | 420 North 20th Street, Suite 3400 |
| Jacksonville Beach, Florida 32250 | Birmingham, AL 35203 |
| Telephone: 904-372-4109 | Telephone: (205) 251-3000 |
| Facsimile: 904-758-5333 | Facsimile: (205) 714-6893 |
| max@StoryLawGroup.com | mstephens@burr.com |
| Attorney for Plaintiff | Counsel for Defendant |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 12th day of December, 2018.

                                                            /s/ Max Story
                                                            Florida Bar No.: 527238