UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MATINA INOCENCIO**,

    Plaintiff,

v.   CASE NO.   3:18-cv-72-J-25JBT

**CAPITAL ONE BANK USA, N.A.**,

    Defendant.

---

## O R D E R

Pursuant to the parties' Stipulation (Dkt. 22), it is

**ORDERED** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of December, 2018.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record